IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 99.107.255.182

**ISP:** AT&T Internet Services
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/04/2017 21:39:00 | E3DFE30A8EFE26CDF879E91FB835F1EA2D25152A | LOLA |
| 10/27/2017 16:30:24 | A08B3EC7353766D73A40B27EFC6EFBE9660BCA9D | Definitely Not So Shy |
| 10/27/2017 16:04:03 | 1D563AD0A859AB6D49E31F736E3454C1AD188DAA | Love Burns Again |
| 09/09/2017 13:34:32 | 9E4657AC26A21EF5A2A920B00E1A3C676FD403EA | Black Lace and Blonde Hair in My Bed |
| 09/09/2017 13:26:51 | E0BBEFB61A6DFBE04E16AAC9A594AFB289C693D1 | Susie Up Close and Personal |
| 08/31/2017 19:21:10 | 29E48CB0C760C5B0BD131F13C1920C42AFE71735 | Pure Gold |
| 11/12/2016 03:46:08 | 407C62C43DE3A1F4C48979E4C145AD5199CC7F05 | Forbidden Fruit |
| 09/02/2016 14:36:59 | 9F0E696E4473C69D67102D99C32D01B8C4B7756F | Hungry For Your Love |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

STX109